UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT FILED MAR 1 2 2024 S.D. OF N.Y.*

Shatasia C. Buchner

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

Commonwealth of Pennsylvania
Ashley Borough Police Dept

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

14th Amendment due process rights. My children and I are victims of out of state custody orders in default occurring after their abduction from New York then transported to New Jersey finally withheld in Luzerne County

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Shatara C Buchner__, is a citizen of the State of
(Plaintiff's name)

__New York State__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _Luzerne County Family Court Commonwealth of Pennsylvania_, is a citizen of the State of
(Defendant's name)

_Commonwealth of Pennsylvania_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant _Luzerne Family Court_, is incorporated under the laws of the State of _Commonwealth of Pennsylvania_

and has its principal place of business in the State of _Pennsylvania_

or is incorporated under the laws of (foreign state) _Commonwealth of Pennsylvania_

and has its principal place of business in _Commonwealth of Pennsylvania_

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Shalasia_         _C_         _Buckner_
First Name        Middle Initial    Last Name

_ACP 5826 PO Box 1110_
Street Address

_Albany_              _New York_
County, City          State           Zip Code

_____    _____
Telephone Number                    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name: Luzerne   Last Name: County Family Court

Current Job Title (or other identifying information): Bronwki Building

Current Work Address (or other address where defendant may be served): Luzerne

County, City: Luzerne   State: PA   Zip Code: 18702

Defendant 2:

First Name: Ashley   Last Name: Borough Police

Current Job Title (or other identifying information): H Cemetery St

Current Work Address (or other address where defendant may be served): Ashley

County, City: Ashley   State: PA   Zip Code: 18706

Defendant 3:

First Name: _____   Last Name: _____

Current Job Title (or other identifying information): _____

Current Work Address (or other address where defendant may be served): _____

County, City: _____   State: _____   Zip Code: _____

Defendant 4:

_____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

My children and I are victims of out of state custody orders occurring after their abduction from New York to Jersey City New Jersey then Luzerne County Pennsylvania where orders have been entered which are in violation of my 14th amendment constitutional rights, consisting of unparalleled jurisdiction; unconstitutional. Such orders are in violation of Parental Kidnapping Prevention Act and have been enforced by Ashley Borough Police Department, who also have willfully grossly negligent in the Parental Kidnapping of my children, adding further damage leading to my wrongful arrest excessive force.

Luzerne County Family Court along with "State Actors" willfully complied also have taken actions outside of procedural laws, including covering up errors and misrepresenting themselves as a hearing officer to aid the oppressing party in a custody hearing after my motions to vacate those unconstitutional orders out of Luzerne County Pennsylvania, including breech in confidentiality of New York state court orders

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

This ongoing Parental kidnapping have caused me to experience discrimination, negligence, extreme psychological and emotional harm unto my children and I, therapy to cope prior to wrongful arrest and afterwards.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking to recover damages including punitive for the appropriate count.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 3/12/24 | Shatasia C. Buckner |
| Dated | Plaintiff's Signature |
| Shatasia   C   Buckner | |
| First Name   Middle Initial   Last Name | |
| ACP 5826 P.O Box 1110 | |
| Street Address | |
| Albany   New York   12201 | |
| County, City   State   Zip Code | |

Telephone Number                Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

Name (Last, First, MI)

_____

Address          City                State              Zip Code

_____

Telephone Number              E-mail Address

_____

Date                          Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

File#: 226952 (P-25580-22)  GF-21a (9/2012)  Page 1 of 1

DRL §§ 76-h (5); 254; Exec. L. §108; FCA § 154-(b); 818; 1015

At a term of the Family Court of the State of New York, held in and for the County of Kings at 330 Jay Street, Brooklyn, NY 11201, on August 24, 2023

**PRESENT**: Nicholas J. Palos, Support Magistrate

In the Matter of **an Article 5 Paternity/Parentage (IV-D)** Proceeding

**File #:** 226952
**Docket #:** P-25580-22

**Shatasia C. Buckner** (Petitioner)

**Tyrone Fletcher** (Respondent)

**ADDRESS CONFIDENTIALITY ORDER**

**Zion X. Buckner** (DOB: 05/05/2019)

An affidavit was filed in this Court requesting that a party's address(es) and any child(ren)'s address(es) not be disclosed.

**NOW**, therefore, it is hereby:

**ORDERED** that the present and all future addresses of Shatasia C. Buckner not be disclosed in any pleading, document, or proceeding in this Court.

**ORDERED** that the following person is designated as the agent for service of process and papers in this case:

  Clerk of Court
  330 Jay Street
  Brooklyn, NY 11201

**ORDERED** that Shatasia C. Buckner must inform the above-named agent for service of process and papers promptly of all changes of address.

Dated: **August 24, 2023**

_____
**Nicholas J. Palos**

SPECIFIC WRITTEN OBJECTIONS TO THIS ORDER MAY BE FILED WITH THIS COURT WITHIN 30 DAYS OF THE DATE THE ORDER WAS RECEIVED IN COURT OR BY PERSONAL SERVICE, OR IF THE ORDER WAS RECEIVED BY MAIL, WITHIN 35 DAYS OF THE MAILING OF THE ORDER.

**Check applicable box:**
☐ Order mailed on [specify date(s) and to whom mailed]: _____
☐ Order received in court on [specify date(s) and to whom given]: _____

File #: 226952 (F-09757-19/22B)



GF-16 (8/2010)  Page 1 of 1

At a term of the Family Court of the State of New York, held in and for the County of Kings at 330 Jay Street, Brooklyn, NY 11201, on August 23, 2023

**PRESENT**: Nicholas J. Palos, Support Magistrate

In the Matter of **an Article 4 Support (IV-D)** Proceeding

**Shatasia Buckner** (Petitioner)

**Russell D. Luke-King** (Respondent)

| | |
|---|---|
| File #: | 226952 |
| Docket #: | F-09757-19/22B |
| CSMS #: | NW49911Q1 |

## ORDER OF DISMISSAL

On December 28, 2022, Shatasia Buckner filed a petition for Modification of Order of Support regarding a prior order dated January 28, 2020.

Shatasia Buckner appeared with counsel.

Commissioner of Social Services appeared with counsel.

Russell D. Luke-King did not appear.

**NOW,** after examination and inquiry into the facts and circumstances of the case, it is hereby:

    **ADJUDGED** that the petition against Russell D. Luke-King is dismissed due to the reasons set forth in the findings of fact

**NOW,** therefore, it is hereby:

    **ORDERED** that the petition against Russell D. Luke-King herein is dismissed without prejudice.

Dated: **August 24, 2023**

_____
Nicholas J. Palos

SPECIFIC WRITTEN OBJECTIONS TO THIS ORDER MAY BE FILED WITH THIS COURT WITHIN 30 DAYS OF THE DATE THE ORDER WAS RECEIVED IN COURT OR BY PERSONAL SERVICE, OR IF THE ORDER WAS RECEIVED BY MAIL, WITHIN 35 DAYS OF THE MAILING OF THE ORDER.

**Check applicable box:**
☐ Order mailed on [specify date(s) and to whom mailed]: _____
☐ Order received in court on [specify date(s) and to whom given]: _____

1-800-943-5678

## The Issues

# Family Abduction

Overview | Risk Factors | By the Numbers | What NCMEC is Doing About it

## Overview

A Family Abduction occurs when a child is taken, wrongfully retained, or concealed by a parent or other family member depriving another individual of their custody or visitation rights. In some circumstances family abductions can be considered a crime under federal or state law, and criminal statutes vary across the country about what conduct is considered unlawful.

There are a number of preventative steps parents may choose to take if they fear that a family member may attempt to abduct their child.

- Obtain a custody determination from the court which specifically outlines custody and visitation rights.

- Request that the judge include abduction-prevention measures in a description of the visitation rights such as supervised visitation, posting a bond, entering a child's name in the Passport Issuance Alert Program, and surrendering a child's passport to the court.

- Advise the child's school or daycare of custody orders, flag passport applications for your child,

### Myth
Family abductions aren't harmful, because the child is with a parent or family member.

### Fact
Decades of research across multiple fields have illustrated the

FCA §§ 467, 549, 651, 652, 654; DRL §§75-1, 240                           GF17 10/2012

## FAMILY COURT OF THE STATE OF NEW YORK
## COUNTY OF KINGS

In the Matter of a **Custody/Visitation** Proceeding         **File #:** 226952
                                                             **Docket #:** V-09718-19
**Shatasia Buckner**,(Mother)                                              V-09717-19
                    Petitioner

                                    **PETITION FOR CUSTODY**

- against -

**Russell Damian Luke-King**,(Father)
                      Respondent

---

The Petitioner respectfully alleges upon information and belief that:

The name, gender, current address and date of birth of each child who is the subject of this proceeding are as follows:

| Name | Current Address | Gender | Date of Birth | Name of Person with Whom Child Resides |
|---|---|---|---|---|
| Isiah Kawane King | 524 Vandalia Avenue, Apt. 3J Brooklyn, NY | Male | 1/1/2009 | Shatasia Buckner |
| Elijah Quinn King | 524 Vandalia Avenue, Apt. 3J Brooklyn, NY | Male | 1/1/2012 | Shatasia Buckner |

Petitioner, Shatasia Buckner, resides at 524 Vandalia Avenue, Apt. 3J, Brooklyn, NY 11239.
Petitioner, Shatasia Buckner, has a child-in-common with the respondent, Russell Damian Luke-King.
Petitioner, Shatasia Buckner, is the mother of the child, Isiah Kawane King.
Petitioner, Shatasia Buckner, is the mother of the child, Elijah Quinn King.

Respondent, Russell Damian Luke-King, resides at 92-14 92nd Street, Woodhaven, NY.
Respondent, Russell Damian Luke-King, has a child-in-common with the petitioner, Shatasia Buckner.
Respondent, Russell Damian Luke-King, is the father of the child, Isiah Kawane King.
Respondent, Russell Damian Luke-King, is the father of the child, Elijah Quinn King.